UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21165-UU

GEORGE LAWRENCE LAZO,

    Plaintiff,

v.

WEST COAST TRUCKING CORP.,
*et al.*,

    Defendants.
_____/

## ORDER REOPENING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On April 4, 2017, Plaintiff filed his First Amended Complaint (the "FAC"), alleging claims against Defendants for failure to pay overtime compensation, in violation of the Fair Labor Standards Act, 28 U.S.C. § 216(b) (the "FLSA"). D.E. 11. On April 28, 2017, Defendants moved to dismiss Plaintiff's FAC on grounds that the parties executed a binding agreement requiring that Plaintiff participate in non-binding mediation before filing the instant lawsuit. D.E. 22.

On June 12, 2017, the Court granted in part and denied in part Defendants' Motion, thereby staying this action and administratively closing the case. D.E. 32. In the Court's June 12, 2017 Order, it also required that the parties file status updates every thirty (30) days to advise the Court of the date and results of mediation. *Id.*

On August 29, 2017, the mediator filed a Mediation Report, advising the Court that the parties attended mediation on August 22, 2017, but that the parties were unable to reach an

agreement. D.E. 42. On September 7, 2017, Plaintiff filed a Status Report to advise the Court of the parties' inability to reach a settlement. Accordingly, it is

ORDERED AND ADJUDGED as follows:

(1) The Clerk of Court SHALL REOPEN this case.

(2) Defendants SHALL file their Answer to Plaintiff's First Amended Complaint, D.E. 11, no later than **Friday, September 29, 2017.**

(3) The parties SHALL file a Joint Scheduling Report, which complies with the April 4, 2017 Order Setting Initial Planning and Scheduling Conference, D.E. 9, no later than **Friday, September 29, 2017.**

(4) The Initial Planning and Scheduling Conference in this case is HEREBY RESET for **Friday, October 6, 2017.**

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ day of September, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record